IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITTED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 11-248-5 |
| MICHAEL SUPILOWSKI | : |

## ORDER

**AND NOW**, this 19th day of March, 2013, upon consideration of the recommendation of U.S. Magistrate Judge Timothy R. Rice, and based upon my de novo review of the fee petition of Dennis P. Caglia, Esq., it is **ORDERED** that the petition is approved as submitted in the amount of $9,792.20.

AND IT IS ORDERED.

_____
PAUL S. DIAMOND, J.